UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:26-cr-159-SPC-KRH

WILLIAM LAMAR DAVIS
_______________________________/

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 47). The Government seeks to have forfeited a **Smith & Wesson, M&P, 9mm, S/N: EJS5957, pistol and ammunition** ("**Assets**"), which were subject to the Court's August 12, 2026, Preliminary Order of Forfeiture. (Doc. 40). Although the Government gave proper notice, no third party has petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 47) is **GRANTED**.

1. Defendant's interest in the Smith & Wesson, M&P, 9mm, S/N:

EJS5957, pistol and ammunition is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida, on November 4, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record